IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FEDERAL HOME LOAN MORTGAGE CORP.,

    Plaintiff,

v.                                              Civil Action No. 3:11-CV-2043-N-BK

DANIEL HERNANDEZ, et al.,

    Defendants,

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge and DIRECTS that this case be remanded to County Court at Law No. 1, Tarrant County, Texas.

SO ORDERED this 4th day of November, 2011.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE